UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BIFANO and KEITH RYNEARSON : | |
| : | |
| Plaintiffs : | CIVIL ACTION NO. 3:16-245 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| WAYMART BOROUGH : | |
| : | |
| Defendant : | |
| : | |

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the Borough's motion for summary judgment (Doc. 43) is **GRANTED IN PART** with respect to plaintiffs' First Amendment claim;

**(2)** plaintiffs' state law claim against the Borough under the Pennsylvania Whistleblower Law is **DISMISSED** with leave to file in State Court.

**(3)** the Clerk of Court is directed to **ENTER JUDGMENT** in favor of the Borough with respect to plaintiffs' First Amendment claim; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 28, 2019**
16-245-03